Samuel L. Phillips, Esq. (SBN 127793)
BORTON, PETRINI & CONRON, LLP
99 Almaden Boulevard, Suite 700
San Jose, CA 95113
Telephone (408) 535-0870
Facsimile (408) 535-0878

Attorneys for Defendant,
AMERICAN RED CROSS BLOOD SERVICES

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN PALOS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN RED CROSS BLOOD SERVICES, and DOES 1 - 20, Inclusive,<br><br>    Defendants. | Case No. C04 00851 JW<br><br>**STIPULATION OF DISMISSAL** AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:    October 11   , 2005          THE BOCCARDO LAW FIRM

                                       By         /s/
                                              Victor F. Stefan
                                       Attorneys for Plaintiff, ROBIN PALOS


Dated:    October 6    , 2005          BORTON, PETRINI & CONRON, LLP



                                       By         /s/
                                              Samuel L. Phillips
                                       Attorneys for Defendant, AMERICAN RED
                                       CROSS BLOOD SERVICES

H:\54394\58107\StipDismissal-5.wpd

1
STIPULATION OF DISMISSAL